R. CHRISTOPHER READE, ESQ.
Nevada Bar No. 006791
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada  89128
(702) 794-4411
Fax: (702) 794-4421
creade@crdslaw.com
Co-Counsel for Defendant INAM SHAH

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

|  |  |
|---|---|
| JESUS ZUNIGA,<br><br>                    Plaintiff,<br><br>    v.<br><br>INAM SHAH; SASAT LOGISTICS, LLC;<br>DOES I through V and ROE<br>CORPORATIONS VI through X, inclusive,<br><br>                    Defendants. | CASE NO.:   2:25-cv-531-CDS-njk<br><br>**ORDER GRANTING<br>MOTION TO WITHDRAW AS CO-<br>COUNSEL FOR DEFENDANT INAM<br>SHAH** |

Having considered the law firm of Cory Reade Dows & Shafer's Motion to Withdraw as Co-Counsel for Defendant INAM SHAH, the Court finds good cause to grant the Motion.   The Motion is GRANTED.  The Clerk's Office is INSTRUCTED to update the docket with counsel for Defendant INAM SHAH as Melissa Roose, Esq of the law firm of Resnick & Louis and to remove R. Christopher Reade, Esq. as identified in the Motion.

IT IS SO ORDERED.

Dated:  April 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

-1-