**RESNICK & LOUIS, P.C.**
MELISSA J. ROOSE, ESQ.
Nevada Bar No.: 7889
BENJAMIN R. LA LUZERNE, ESQ.
Nevada Bar No.: 12801
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
mroose@rlattorneys.com
blaluzerne@rlattorneys.com
*Attorneys for Defendants,*
*Inam Shah and Sasat Logistics, LLC*

UNITED STATES DISTRICT COURT

CLARK COUNTRY, NEVADA

| | |
|---|---|
| JESUS ZUNIGA;<br><br>              Plaintiff,<br><br>v.<br><br>INAM SHAH; SASAT LOGISTICS, LLC; DOES I through V and ROE CORPORATIONS VI through X, inclusive<br><br>              Defendants. | CASE NO.: 2:25−cv−00531−CDS−NJK<br><br>**MOTION AND NOTICE TO REMOVE AND REPLACE ATTORNEY AS COUNSEL OF RECORD**<br><br>**ORDER** |

**TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Defendants, INAM SHAH and SASAT LOGISTICS, LLC, hereby respectfully move this Honorable Court and provide notice that Robert Thompson, Esq. is no longer associated as counsel of record in this matter. In the place and stead of Robert Thompson, Esq. will now be Benjamin R. La Luzerne, Esq..

RESNICK & LOUIS, P.C. will continue to serve as counsel for Defendants, INAM SHAH and SASAT LOGISTICS, LLC, in this action through their attorneys Melissa J. Roose, Esq. and Benjamin R. La Luzerne, Esq.as their counsel of record.

/ / /

/ / /

1

1    All items including, but not limited to, pleadings, papers, correspondence, documents, and
2 future notices in this action should be directed to Melissa J. Roose, Esq. and Benjamin R. La
3 Luzerne, Esq. of RESNICK & LOUIS, P.C. as counsel of record, accordingly.
4 DATED this 3rd day of September 2025.       **RESNICK & LOUIS, P.C.**

/s/ Melissa J. Roose
_____
Melissa J. Roose, Esq., SBN: 7889
Benjamin R. La Luzerne, Esq. SBN: 12801
8945 W. Russell Road, Suite 330
Las Vegas, NV  89148
*Attorney for Defendants,*
*Inam Shah and Sasat Logistics, LLC*

**IT IS SO ORDERED.**

Dated: September 4, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2