# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JESUS ZUNIGA,

    Plaintiff,

v.

INAM SHAH, et al.,

    Defendants.

Case No. 2:25-cv-00531-CDS-NJK

**Order**

[Docket No. 24]

Pending before the Court is a motion to shorten time regarding the briefing of Defendants' motion for protective order. Docket No. 24; *see also* Docket No. 23. The motion is hereby **GRANTED**. A response must be filed by September 11, 2025, and any reply must be filed by September 12, 2025.

IT IS SO ORDERED.

Dated: September 9, 2025

                                                                Nancy J. Koppe
                                                                 United States Magistrate Judge