1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CLARK COUNTRY, NEVADA**

| | |
|---|---|
| JESUS ZUNIGA;<br><br>　　　　　Plaintiff,<br>v.<br><br>INAM SHAH; SASAT LOGISTICS, LLC; DOES I through V and ROE CORPORATIONS VI through X, inclusive<br><br>　　　　　Defendants. | CASE NO.: 2:25−cv−00531−CDS−NJK<br><br>**ORDER GRANTING**<br>**MOTION AND NOTICE TO REMOVE**<br>**ATTORNEY AS COUNSEL OF RECORD** |

**TO:**　　ALL PARTIES AND THEIR COUNSEL OF RECORD

　　　　PLEASE TAKE NOTICE that Defendants, INAM SHAH and SASAT LOGISTICS, LLC, hereby respectfully move this Honorable Court and provide notice that Benjamin La Luzerne, Esq. will no longer be counsel of record for Defendants as he has departed from the law firm of RESNICK & LOUIS, P.C.

　　　　Melissa J. Roose, Esq. of RESNICK & LOUIS, P.C. will continue to serve as counsel of record for Defendants, INAM SHAH and SASAT LOGISTICS, LLC.

/ / /

/ / /

/ / /

/ / /

1

1   All items including, but not limited to, pleadings, paper, correspondence, documents, and future notices in this action should be directed to Melissa J. Roose, Esq. as counsel of record, accordingly.

**IT IS SO ORDERED**
Dated: November 19, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2